UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB CHIEF
DEPUTY, RENO

January 22, 2008

URBANA DIVISION
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

Re:  Inter-District Transfer

Case Name:     2:07-cv-0267-RCJ-RJJ

Case Number:   Byrd v. Demarah

Dear Clerk:

    Please be advised that the above entitled action has been trasnferred to the United States District Court, Central District of Illinois.
    Enclosed, you will find a certified copy of the docket sheet and the Order transferring the case to your district.  Please acknowledge receipt of the file and docket sheet on the enclosed duplicate of this letter.

Lance S. Wilson, Clerk

By: /s/ Andrew Mennear
_____
Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Your Case Number:**_____

2:08-cv-02025-HAB-DGB    #4-2    Page 1 of 2

E-FILED
Monday, 28 January, 2008 02:10:37 PM
Clerk, U.S. District Court, ILCD

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00267-RCJ-RJJ
## Internal Use Only

Byrd v. Demarah  
Assigned to: Judge Robert C. Jones  
Referred to: Magistrate Judge Robert J. Johnston  
Cause: 28:1331 Federal Question: Other Civil Rights  

Date Filed: 03/01/2007  
Date Terminated: 01/18/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

Samuel R. Byrd      represented by    **Samuel R. Byrd**  
3050 Justice WayJCDC - 230576  
JCDC - 230576  
KC-3B  
KanKakee, Il 60901  
PRO SE  

V.

**Defendant**

**Donald Demarah**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | | Case assigned to Judge Robert C. Jones and Robert J. Johnston. (JRI) (Entered: 03/01/2007) |
| 03/01/2007 | | Case assigned to Judge Robert C. Jones and Robert J. Johnston. (JRI) (Entered: 03/01/2007) |
| 03/01/2007 | 1 | COMPLAINT with Jury Demand against Donald Demarah (Filing fee $ 350 **NOT PAID**) , filed by Samuel R. Byrd. Certificate of Interested Parties due by 3/11/2007.(AAB) (Entered: 03/02/2007) |
| 04/23/2007 | | (Court only) **NON-PUBLIC** Deadlines/Hearings terminated. (JAR, ) (Entered: 04/23/2007) |
| 01/18/2008 | 2 | ORDER- for Clerk to Transfer this action the Urbana Division of the United States District Court for the Central District of Illinois. Signed by Judge Robert C. Jones on 1/18/08. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 01/22/2008) |

| 01/22/2008 | 3 | TRANSMITTAL to Central District of Illinois 2 Order. (AXM) (Entered: 01/22/2008) |
|---|---|---|

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL R. BYRD, | |
| *Plaintiff,* | 2:07-cv-00267-RCJ-RJJ |
| vs. | ORDER |
| DONALD DEMARAH, *et al.* | |
| *Defendants*. | |

Plaintiff has filed a complaint without either paying the filing fee or submitting an application to proceed *in forma pauperis*. From the face of the complaint, it appears that the sole named defendant resides in Bourbonnais, Illinois, and that the John Doe defendants likewise would appear to reside in the Central District of Illinois. It further appears that, although plaintiff allegedly owns a Nevada corporation, a substantial part of the operative events or omissions giving rise to the false arrest, malicious prosecution and other claims occurred in and involve a prosecution in Illinois. The proper venue for this action therefore is in the Central District of Illinois, whether jurisdiction is founded solely on diversity of citizenship or instead also on federal question jurisdiction. *See* 28 U.S.C. § 1391(a) & (b).

IT IS THEREFORE ORDERED, pursuant to 28 U.S.C.§ 1406(a), that the Clerk of Court shall TRANSFER this action to the Urbana Division of the United States District Court for the Central District of Illinois.

DATED:     January 18, 2008.

_____
ROBERT C. JONES
United States District Judge

(GSK - P3)