

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

March 6, 2008

Jerome Combs
Detention Center
TRUST FUND DEPT.
3050 Justice Way
Kankakee, IL  60901

        Re: SAMUEL BYRD v DONALD DEMERAH
        Case No.08-2025

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. SAMUEL BYRD**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. **SAMUEL BYRD** trust fund ledgers for the period **of SEPT. 1, 2007 through MARCH 1, 2008**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

        United States District Court
        Central District Of Illinois
        201 S. Vine St., Room 218
        Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

        Sincerely,

        s/Pamela E. Robinson, Clerk

        PAMELA E. ROBINSON, CLERK
        U. S. DISTRICT COURT

PER/kw
cc: Samuel Byrd