E-FILED
Thursday, 06 March, 2008 10:30:28 AM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**CENTRAL** District of **ILLINOIS**

FILED
MAR -5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

SAMUEL R. BYRD
Plaintiff

V.

DONALD L. DEMARAH, et al.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:08-cv-2025

I, **SAMUEL R. BYRD**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **ELGIN MHH / J.C.D.C.**

   Are you employed at the institution? **NO**    Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **NOVEMBER 17, 2006, $850 — SELF EMPLOYED CORPORATION WAS TURNED OVER TO TRUST IN TOTAL FOR MY TWO (2) MINOR CHILDREN, AFTER MY ARREST, NOVEMBER, 2006.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. **$500 — FROM A FRIEND IN LAS VEGAS, WHEN SHE WAS ABLE TO HELP, FROM DECEMBER 2006 — APRIL 2007, @ $100 PER MONTH. SAME FRIEND NO LONGER ABLE, SINCE APRIL 2007, LAST YEAR. DEFENDANT DEMARAH, OWES ME $34,000 PLUS DOLLARS, WHICH HE WAS OVERPAID, ON OCTOBER 18, 2006.**

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No  CLOSED

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value. CD RECORDING ON MY MUSIC, RECORDS FROM - 1999-2006. TODAY'S MARKET VALUE IF PLACED ON THE MARKET AND IF RELEASE FROM CUSTODY TO WHAT'S KNOWN AS, SHOPPING THE INDUSTRY TO SELL, ROUGHLY BETWEEN A AMOUNT OF $100,000 - $500,000, DEPENDING ON THE ECONOMY. MASTER COPY OF CD, IS WITH ME, SHOULD JUDGE NEED TO REVIEW. PLAINTIFF, AFTER WHAT HE HAS, AND IS GOING THROUGH WILL TRUST, NO ONE, EXCEPT THIS COURT, ON THIS ONLY COPY.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MY BEAUTIFUL TWO LITTLE BOY'S, AGES 2 YRS, AND 4 YRS. CALEB BYRD; JEREMIAH BYRD. CHILDRENS TRUST IS ESTABLISHED FOR THEM, AND, CANNOT BE TOUCHED BY ANYONE, UNTIL THEIR AGES OF TWENTY ONE YEARS, (21), ESPECIALLY, AFTER WHAT THE DEFENDANTS DID TO, PLAINTIFF AND HIS FAMILY. CHILDRENS TRUST IS, UNDISCLOSED FOR THEIR OWN SAFETY AND SECURITY.

I declare under penalty of perjury that the above information is true and correct.

FEB 26, 2008
_____    _____
Date               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



| 230576 : BYRD, SAMUEL R | | 312923 |
|---|---|---|
| Loc: K | Kankakee | 7/27/2007 1:13:06 PM |
| By: BBENSON From: Cash Drawer #1 | cct: Kankakee-7229 | Prior Balance: $0.00 |
| Bill  Sick Call : 3 | | $10.00 CHRG |
| Sign: | | |
| | Main Balance: | $0.00 |
| | General Fund Debt: | $0.19 |
| | Sick Call Debt: | $10.00 |
| | Prescription Debt: | $50.00 |
| | Over the Counter Drugs Debt: | $9.94 |
| | Doctor Visit Debt: | $15.00 |

| 230576 : BYRD, SAMUEL R | | 304711 |
|---|---|---|
| Loc: K | Kankakee | 6/29/2007 11:05:57 AM |
| By: BBENSON From: Cash Drawer #1 | cct: Kankakee-7229 | Prior Balance: $0.12 |
| Bill  Over the Counter Drugs : CONTACT SOLUTION | | $10.00 CHRG |
| BillPay  PAYMENT FOR TRANS 304711 | | -$0.06 |
| Sign: | | |
| | Main Balance: | $0.06 |
| | Over the Counter Drugs Debt: | $9.94 |

| 230576 : BYRD, SAMUEL R | | 311918 |
|---|---|---|
| Loc: K | Kankakee | 7/25/2007 10:03:14 AM |
| By: BBENSON From: Cash Drawer #1 | cct: Kankakee-7229 | Prior Balance: $0.00 |
| Bill  Doctor Visit : 3. | | $15.00 CHRG |
| Sign: | | |
| | Main Balance: | $0.00 |
| | General Fund Debt: | $0.19 |
| | Over the Counter Drugs Debt: | $9.94 |
| | Doctor Visit Debt: | $15.00 |

NO ACTIVITY (OCT 07)(NOV 07)(FEB 08) FROM JCDC

TRUE AND CORRECT COPY'S, UNDER THE PENALTY OF THE LAWS OF THE U.S.A.

EXECUTED FEB 26, 2008    *signature: Samuel R Byrd*

### 230576 : BYRD, SAMUEL R

Loc: B
By: GLOCHNER  From: Cash Drawer #1

Site Name
cct: Kankakee-7229

370198
1/29/2008 1:01:09 PM
Prior Balance: $0.00

| BillVoid | VOID TRANS 368106 : VOID PER NURSE |
|---|---|

$9.80 CRED

Sign:

Main Balance: $0.00
General Fund Debt: $0.44
Sick Call Debt: $10.00
Prescription Debt: $72.20
Over the Counter Drugs Debt: $19.94
Doctor Visit Debt: $15.00

### 230576 : BYRD, SAMUEL R

Loc: B
By: BBENSON  From: Cash Drawer #1

Site Name
cct: Kankakee-7229

368106
1/23/2008 11:32:53 AM
Prior Balance: $0.00

| Bill | Prescription : 3 |
|---|---|

$9.80 CHRG

Sign:

Main Balance: $0.00
General Fund Debt: $0.44
Sick Call Debt: $10.00
Prescription Debt: $82.00
Over the Counter Drugs Debt: $19.94
Doctor Visit Debt: $15.00

### 230576 : BYRD, SAMUEL R

Loc: K
By: BBENSON  From: Cash Drawer #1

Kankakee
cct: Kankakee-7229

324937
9/10/2007 9:02:34 AM
Prior Balance: $0.00

| Bill | Over the Counter Drugs : 3 |
|---|---|

$10.00 CHRG

Sign:

Main Balance: $0.00
General Fund Debt: $0.44
Sick Call Debt: $10.00
Prescription Debt: $72.20
Over the Counter Drugs Debt: $19.94
Doctor Visit Debt: $15.00

### 230576 : BYRD, SAMUEL R

Loc: K
By: BBENSON  From: Cash Drawer #1

Kankakee
cct: Kankakee-7229

319219
8/20/2007 1:18:19 PM
Prior Balance: $0.00

| Bill | Prescription : 3 |
|---|---|

$22.20 CHRG

Sign:

Main Balance: $0.00
General Fund Debt: $0.19
Sick Call Debt: $10.00
Prescription Debt: $72.20
Over the Counter Drugs Debt: $9.94
Doctor Visit Debt: $15.00

### 230576 : BYRD, SAMUEL R

Loc: K
By: BBENSON  From: Cash Drawer #1

Kankakee
cct: Kankakee-7229

312923
7/27/2007 1:13:06 PM
Prior Balance: $0.00

| Bill | Sick Call : 3 |
|---|---|

$10.00 CHRG

Sign: