THANK YOU MADAME CLERK. THESE ARE ALL THAT THEY WOULD SEND ME. BESIDES, JEROME COMBS DETENTION CENTER PERSONEL, ARE JOHN DOE DEFENDENTS IN MY ACTION. THEY ARE NOT GOING TO, HELP ME, UNDER ANY CIRCUMSTANCES.

                                                    Samuel
                                                    Lighton
                                                    Plaintiff