UNITED STATES DISTRICT COURT
CENTRAL DIST OF ILLINOIS

FILED
MAR 13 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SAMUEL R. BYRD,
     PLAINTIFF,                    CASE # 08-CV-2025
-VS-                               NOTIFICATION TO COURT
                                   OF PLAINTIFF'S NEW
DONALD L. DEMAROTT, et al.         ADDRESS LOCATION AND
     DEFENDANTS,                   CHANGE

THE PLAINTIFF IN THE ABOVE CAUSE OF ACTION
DOES HEREBY NOTIFY THE ABOVE HONORABLE COURT
OF PLAINTIFF'S ADDRESS CHANGE, PURSUANT TO THE
INSTRUCTION OF THE CLERK OF THE HONORABLE COURT,
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION.
THE PLAINTIFF'S NEW ADDRESS LOCATION IS AS FOLLOWS:
SAMUEL R. BYRD, 750 S. STATE ST., ELGIN, ILLINOIS, 60123
# G25. PLAINTIFF WAS TRANSFERED TO THE ABOVE LOCAT-
ION, ON FEBRUARY 13, 2008, FROM THE JEROME COMBS DE-
TENTION CENTER, KANKAKEE, ILLINOIS TO THE NEW
LOCATION, AS STATED. ANY CORRESPONDENCE THAT WAS
FORWARDED TO PLAINTIFF @ THE JEROME COMBS DETEN-
TION CENTER, HAS NOT BEEN FORWARDED TO THE PLAINTIFF
IN THIS ACTION. PLAINTIFF DOES NOT WANT TO BE TARDY
TO THE COURT, DUE TO ACTIONS BY DEFENDANTS IN THIS ACTION.

1 | FURTHER, THE PLAINTIFF SAYETH NAUGHT.

[Signature]
Plaintiff

DECLARATION

THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY BELIEF OF WHAT I KNOW TO BE TRUE AND ALSO CORRECT, UNDER THE LAWS OF THE U.S. OF AMERICA.

[Signature]
DECLARANT / PLAINTIFF