**E-FILED**
Wednesday, 02 April, 2008  03:28:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **SAMUEL R. BYRD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 08-2025** |
| **DONALD DEMERAH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# DEFICIENCY ORDER

The plaintiff, **Samuel R. Byrd**, has submitted a civil rights complaint and has been granted leave to proceed *in forma pauperis*.  Under the court's local rules, the plaintiff must provide the court with a **completed U.S. Marshals service forms (USM-285)** and **completed summons for the defendant with the appropriate address for service on defendant**. *See* CDIL-LR 16.3(A).  Failure of the plaintiff to complete and return the forms within twenty-one (21) days will result in summary dismissal of the complaint, without prejudice.

**IT IS THEREFORE ORDERED** that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice. The clerk is directed to provide the plaintiff with blank forms.

ENTER this 2nd day of April, 2008.

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE

F:\CMECF\CV\5\byrd v demerah.08-2025.def order.wpd