E-FILED
Wednesday, 30 April, 2008  10:28:47 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SAMUEL BYRD,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-2025** |
| **DONALD DEMERAH,** | ) | |
| Defendant | ) | |

**TO WHOM IT MAY CONCERN: ELGIN MENTAL HEALTH CENTER** at ELGIN, IL.

      **WE COMMAND** that you produce the body of **SAMUEL BYRD**, who is in your custody at ELGIN MENTAL HEALTH CENTER before the United States District Court on **WEDNESDAY, JUNE 4, 2008 AT 9:30 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: APRIL 30, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: _s/K. Wynn_
      Deputy Clerk