FILED
MAY 01 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SAMUEL D. BYRD, JR.,
PLAINTIFF,

vs.

DONALD L. DEMARAIT, et al,
DEFENDANTS.

CASE# 08-CV-2025-HAB-DGB

SUPP'L ATTACHMENTS TO AMENDED COMPLAINT

THE PLAINTIFF IN THE ABOVE CAUSE OF ACTION, IN THE ABOVE HONORABLE COURT OF THE UNITED STATES DOES HEREBY SUBMIT THE ATTACHED SUPP'L ADDENDUM IN THE SUPPORT OF HIS AMENDED COMPLAINT AND DOES SAY THE FOLLOWING: DEFENDANTS, DETECTIVE GREGG KUNCE; MICHAEL QUINLAN; NURSE JEAN FLAGIL; JCDC MEDICAL DEPT; C/O SGT. SHORNDORF; C/O LT. SMITHE; C/O O'NEAL; C/O NOLAN; C/O MATTHEWS; C/O CARPENTERRO; C/O BURNS; C/O VENKE; OFFICIALS IN CHARGE OF, INMATES UNITED STATES MAIL; EACH AND ALL OF THEM DID ACT INDIVIDUALLY AND IN THEIR OWN OFFICIAL CAPACITY, UNDER THE COLOR OF AUTHORITY AS, EMPLOYEES FOR THE KANKAKEE COUNTY SHERIFF'S DEPARTMENT, BOURBONNAIS POLICE DEPT- STATES ATTORNEY'S OFFICE OF KANKAKEE COUNTY, STATE

26

1. OF ILLINOIS. THE OTHER DEFENDANTS, HOMESTAR BANK
2. OFFICIALS; STANDARD TITLE COMPANY'S GIBSON & LLEWELYN;
3. ONE SOURCE REAL ESTATE AND FINANCING'S BOB BRACKNEY
4. AND JASON SELLERS, ACTING AS EMPLOYEE'S AND AGENTS
5. OF, BANK CORPORATIONS, REALESTATE FINANCING CORPOR-
6. ATIONS, AND INSURANCE & TITLE CORPORATIONS FOR
7. HOME AND COMMERCIAL PROPERTY. DEFENDANT JEFF
8. GODIN, AND LAWRENCE S. BEAUMONT, LISTED AS
9. DEFENDANTS THAT ARE, ATTORNEY'S LICENSED IN
10. THE STATE OF ILLINOIS, FOR ACTIONS THEY ARE
11. LIABLE FOR, AGAINST THE PLAINTIFF (BYRD) AS
12. STATED IN THE COMPLAINT, MALPRACTICE AND ALSO
13. FRAUD. DEFENDANTS DOCTOR SIMONE AND DOCTOR
14. BAULCAS; HIRED BY THE STATE OF ILLINOIS, WHO
15. CONSPIRED TO GIVE FALSE TESTIMONY, DIAGNOSIS
16. OF THE PLAINTIFF, AT HIS STATE TRIAL, AND THE
17. SAME DEFENDANTS BEING LIABLE FOR MALPRACTICE.
18. EXECUTED THIS, 27TH DAY OF MARCH, 2008.
19.
20.                                      *[signature]*
21.                                   PLAINTIFF / PRO SE
22. //
23. //
24. //
25. //
26. //
27. //
28. //

27

## DECLARATION

I, SAMUEL R. BYRD, AM THE PLAINTIFF IN THE ABOVE ENTITLED ACTION, IN THE ABOVE HONORABLE COURT OF THE UNITED STATES OF AMERICA. ON THE 22ND, DAY OF, APRIL 2008, I DID MAIL TO THIS MOST HONORABLE COURT AN AMENDED COMPLAINT, LISTING ALL OF THE et al, DEFENDANTS IN THIS ACTION BY SEALING THE MOVING PAPERS INSIDE OF A MANILLA ENVELOPE, WITH AN ADDITIONAL WHITE PRE-STAMPT ENVELOPE ON ITS FACE, PROPERLY ADDRESSED AND WITH THE WORDS AT THE TOP RIGHT, "ADD ADD'L AND NECESSARY POSTAGE", FOR THE OFFICIALS HANDLING THE SAME. I WAS ADVISED THAT, THE ENVELOPE WOULD NOT GO OUT, DURING THE P.M., HOUR OF THE SAME DAY OF MAILING AND, AFTER MY LONG DISCUSSION OF HOW THE FACILITY WOULD BE TAMPERING WITH U.S., MAIL IF IT DID NOT GO OUT, THE ENVELOPE WAS FINALLY SENT BY POSTAL ADMINISTRATION. IN A REVIEW OF MY PAPERS, I DISCOVERED THAT, I DID NOT INCLUDE THE SECTION SHOWING, HOW EACH DEFENDANT, ABUSED THEIR AUTHORITY, AND WHY THEY ARE LISTED AS SUCH AND WHY THEY ARE BEING SUED. THE PLAINTIFF DOES APOLOGIZE FOR THIS OVERSIGHT.

Respectfully Submitted

EXECUTED THIS, 28TH DAY OF April, 2008

Samuel R. Byrd
Plaintiff-Pro Se