E-FILED
Tuesday, 03 June, 2008 01:43:32 PM
Clerk, U.S. District Court, ILCD

May 23, 2008
3:56 P.M.

Honorable Judge Baker
U.S. District Court
Central District of IL.
Urbana, Illinois

Byrd-V-Demarah, et al.
"Threat of Gross Bodily Harm"

Dear Judge Baker:

I am forwarding this letter, in the hopes that it arrives to your chambers, as I have been advised that, one that I sent, May 5, 2008, did not.

About, one month and 1/2 ago, I was taken into a medical examination room, on G-Unit at, Elgin Mental Health Center, Elgin, Illinois, by Doctor R. Nazereno, Psychiatrist, and questioned about my Civil suit, in your court. I advised the doctor of the fact, "my court matter is not something he should be asking me about, for he works for the defendants I am suing, and, he was making me very, uncomfortable." Dr. Nazereno, at once stated, "You think your uncomfortable now, if you don't drop your lawsuit, against my friends in, Kankakee, I will get a court to issue me an order to have you so fucked on, psychotropic drugs, forget about knowing

WHO THE FEDERAL JUDGE IS, THAT'S CALLING YOU, IN JUNE, YOU WON'T EVEN KNOW WHO YOU ARE."

YOUR HONOR, I HAVE NEVER BEEN IN A MENTAL HOSPITAL IN MY ENTIRE LIFE, BEFORE THIS ONE; I HAVE NEVER TAKEN ANY DRUGS IN MY LIFE BEFORE; NEVER SMOKED ANY FORM OF TOBACCO; NEVER DRANK ANY ALCOHOL IN MY LIFE. YOU SHOULD HAVE A COPY OF ONE OF MY CVC REPORTS, SUBMITTED AS EXHIBITS IN MY ACTION FILED, TO BACK THIS CLAIM UP.

AFTER DR. NAZERENO, STATED THIS TO ME, I REMAINED CALM, AND, ASKED A SIMPLE QUESTION OF HIM, IT WAS AS FOLLOWS: "DR. NAZERENO SIR, ARE YOU THREATENING ME?" HIS ANSWER WAS AS ICE COLD AS HIS WARNING, "MR. BYRD, I AM NOT ONLY THREATENING YOU, I AM PROMISSING YOU." SURE AS HELL, ON 5/15/08, DR. NAZERENO PUT TOGETHER A, FALSE REPORT OF A RACIAL PROBLEM, WHICH OCCURRED, BETWEEN A KNOWN NAZI PATIENT AND MYSELF, WITH THE PATIENT CONSTANTLY CALLING ME, "NIGGER MONKEY". THIS HAPPENED, ON SEVEN OCCASSIONS, WITH STAFF NEVER CORRECTING THE PROBLEM. I MAINTAINED MY DIGNITY, AND, I CALLED THE OFFICE OF THE STATE INSPECTOR GENERAL. THEY DID NOTHING. I WAS INDEED, FALSELY TAKEN TO

COURT, AS THE MATTER WAS PUT OFF, STRANGELY.

YOUR HONOR, THE SIDE EFFECTS OF THE MEDS THAT HE IS TRYING TO GIVE ME, ARE SIDE EFFECTS I AM ALREADY HAVING, DUE TO MY HEALTH CONDITION THATS, EATING AWAY, AT ME. HISTORY OF BLOOD CLOTS; POLIPS IN THE FRONTAL SINUSES, REQUIRING BIOPSY SURGERY; RUPTURED BLOOD VESSEL IN THE BRAIN; AND A LEAKAGE, AS SHOWN ON, EXHIBITS NUMBERS, 13-14 OF FILE. NOW, MY VISION IS, GETTING WORSE.

JUDGE BAKER, SIR, THIS IS THE PART THAT REALLY HAS ME ON EDGE. HOW DID DR. NAZERENO KNOW, ONE AND A HALF MONTHS AGO, YOU WOULD BE PLACING A CALL TO ME, WHEN IN FACT, THE DOCUMENT I RECEIVED FROM YOUR COURT SHOWS A, APRIL 30, 2008, DATE? HOW COULD HE KNOW? I RAISED MY CONCERNS, WITH A WONDERFUL PERSON, NAMED SHAWN, WHO WAS CONCERNED ENOUGH THAT, I SHOULD WRITE YOU AGAIN, HOPING THIS TIME, YOU RECEIVE IT.

RESPECTFULLY,

*[signature]*
Plaintiff

THE FOREGOING IS TRUE AND CORRECT, UNDER THE LAW OF THE UNITED STATES OF AMERICA.

*[signature]*
DECLARANT