E-FILED
Wednesday, 04 June, 2008  12:02:36 PM
Clerk, U.S. District Court, ILCD

```
Court Name: US DISTRICT COURT, CD OF IL
Division: 2
Receipt Number: 24626000134
Cashier ID: sp
Transaction Date: 06/04/2008
Payer Name: ELGIN MENTAL HEALTH CENTER
-------------------------------------------
PLRA CIVIL FILING FEE
 For: SAMUEL BYRD
 Case/Party: D-ILC-2-08-CV-002025-001
 Amount:         $10.00
-------------------------------------------
CHECK
 Check/Money Order Num: 68290
 Amt Tendered:  $10.00
-------------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```