# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SAMUEL R. BYRD,**
        **Plaintiff,**

    vs.                                    Case Number:  **08-2025**

**DONALD DEMERAH, ET AL.,**
        **Defendants.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed.

ENTER this 5th day of June, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK